[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

FEB 27 2023 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert Pruitt

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officer Velez #7857
Officer Martin JR #16026

Case No: 23cv1224
Judge Chang
Magistrate Judge Jantz
PC 2/RANDOM
(To be

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Robert Pruitt

   B. List all aliases: N/A

   C. Prisoner identification number: 20221017038

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 South California Ave

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Officer Velez #7857

      Title: Police Officer

      Place of Employment: 5th District Police Department

   B. Defendant: Officer Martin JR #16026

      Title: Police Officer

      Place of Employment: 5th District Police Department

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.     Name of case and docket number: __not Sure__

    B.     Approximate date of filing lawsuit: __2016 / 2017__

    C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D.     List all defendants: __Sheridan Correction Center__

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __Cook County__

    F.     Name of judge to whom case was assigned: __not Sure__

    G.     Basic claim made: __Did exactly Extra time in Sheridan Correction Center__

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __I Settle in Court__

    I.     Approximate date of disposition: __2017 / 2018__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 22, 2021 at approximately 2-4pm, Police officer Velez #7857 and officer Martin JR #16026 both had pulled my Little Cousin and I Over because my License Plate was hanging off my vehicle, officer Martin JR #16026 Proceeded to Ask for my drivers License and willfully obligated and handed it Over. After the officers ran our names the officers began to ask us to Step out of the vehicle. The officers began to Search, officers searched the Vehicle and during the Search officer Martin JR #16026 discovered a Loaded Handgun my Little Cousin Stated to the officers that the Gun belonged to him. After the Statement was made from my Little Cousin officer Martin JR #16026 Got Very Aggresive with me for no Reason and threatened me by Saying that my Son will be taken Away and be sent to D.C.F.S. He also Stated to me that I was trying to make my Cousin admit to Ownership of the Gun So I didnt have to go to Jail. I told officer Martin JR #16026 that I Had no Idea

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

that there was a firearm In the Car but he Said I was lying and that the Gun belonged to me and not my Cousin I was then Charged with Unlawful Possesion of Cannabis my Son had to go with a Stranger I didn't know and was taken to the Station and while I was waiting at the Police Station the mother of my Children Came to the Station and officer MartinJR#16026 became Very aggresive with her for absolutely no Reason Approximately 3-4 weeks later getting Released with an IBond at the Police Station after the Incident with both officers Velez#7857 and MartinJR#16026. The Same officers stop me again between 122/123RD Wentworth and began harassing me again for no Reason and were talking Very Aggressively to me Again. On october 16,2022 officers Velez#7857 and MartinJR #16026. stopped me again during a traffic Stop at this time I was seated In the rear driver side Seat and officer Velez#7857 asked for my ID after giving him my drivers License officer Velez#7857 ask all 4 adults to Step out of the Vehicle because the driver did not have Valid drivers License Velez#7857 did a Vehicle Search and found a handgun Under the Seat the Same officers

Revised 9/2007

began to harrass me Implying that my son would be taken Into DCFS and that all 4 Adults would be taken Into the Police station for finger Printing at this time nobody Claimed Possesion of the firearm. I Claimed Possesion of the firearm. I felt that I had no Other Option Under duress and fear of losing Custody of my Son, but to claim that the Gun belonged to me.

    Officer Velez #7857 wrote the Police Report but before he did he asked me if I was my Cousin. Danvan Pruitt. He ended up charging me with Arm Habitual Criminal Class X UUW/weapon felony Possesion/use of a firearm/ Parole. Officer Velez #7857 has full knowledge that I am not On Parole and that it is my Cousin Danvan Pruitt that is Currently On Parole.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to Sue officer Velez #7857 and officer Martin JR #16026 the Chicago Police Department for 1 million Dollars. I would like to get an Order of Protection against them to protect my family and I from any potential Harrasment while this Legal Process Plays Out, would also like to get Restitution for my vehicle they Seized in 2021. And sue for Pain and Suffering.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this February day of 9th, 20 23

_____
(Signature of plaintiff or plaintiffs)

Robert Pruitt
(Print name)

20221017038
(I.D. Number)

2700 S. California
Chicago IL 60608
_____
(Address)

# CHICAGO POLICE DEPARTMENT
## ARREST REPORT

FINAL APPROVAL

CB #: 30186143
IR #: 1796248
YD #:
RD #: JF437186
EVENT #: 2228912829

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

### ARREST REPORTING

**OFFENDER**

Name: **PRUITT, Robert S**
Res: 11015 S Edbrooke Ave
Chicago, IL 60628
Unknown
DOB: 08 November 1992
AGE: 29 years
POB: Illinois
DLN: P63077792318 -IL
ARMED WITH Handgun

Beat: 513

Male
Black
5' 10"
220 lbs
Brown Eyes
Black Hair
Dreadlocks Hair Style
Medium Brown Complexion



**INCIDENT**

Arrest Date: 16 October 2022 20:22
Location: 94 S State St
Chicago, IL 60620
304 - Street
Holding Facility: District 005 Male Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 634

Total No Arrested: 1
Dependent Children? No

Co-Arrests
DCFS Ward? No

Assoc Cases

**CHARGES**

| # | | | Victim |
|---|---|---|---|
| 1 | Offense As Cited | 720 ILCS 5.0/24-1.7-A<br>ARMED HABITUAL CRIMINAL<br>Class X - Type F | State Of Illinois Velez#7857 |
| 2 | Offense As Cited | 720 ILCS 5.0/24-1.1-A<br>UUW - WEAPON - FELON POSS/USE FIREARM/PAROLE<br>Class 2 - Type F | State Of Illinois Velez#7857 |

**FELONY REVIEW**

Felony Review: Approved   17 OCT 2022 01:48   Jaswal.   State's Attorneys's Office

IR #1796248

**RECOVERED NARCOTICS**

NO NARCOTICS RECOVERED

CB #:30186143

Print Generated By: ███████   Page 1 of 5   05 JAN 2023 01:44

powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 30186143
PRUITT, Robert

## ARREST REPORTING

**COURT INFO**

Desired Court Date: 24 October 2022
Branch: 38-2   727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 17 October 2022
Branch: CBC-1 2600 S CALIFORNIA - Room100
Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

**REPORTING PERSONNEL**

**ATTESTING OFFICER:**
I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #7857 | VELEZ, A M | 17 OCT 2022 01:58 |

**ARRESTING OFFICER(S):**

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #7857 | VELEZ, A M | | 0561C |
| Arresting Officer - Second: | #16026 | MARTIN JR, D D | | 0561C |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause : | #309 | STARLING, L M | 17 OCT 2022 02:01 |

# Chicago Police Department - ARREST Report

CB #: 30186143
PRUITT, Robert

**ARREST REPORTING**

## WARRANT

NO WARRANT IDENTIFIED

## VICTIM AND COMPLAINANT (NON-OFFENDER(S))

Name: STATE OF ILLINOIS VELEZ#7857

DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

## ARRESTEE VEHICLE

Vehicle: Truck - Lincoln-Navigator - Navigator - Hardtop (4-Door)
VEHICLE IMPOUNDED: Yes
VIN#: [redacted]
Lic#: [redacted]
Color: [redacted]
Pound#: [redacted]
Inv#:
Disposition:

## Confiscated Properties:

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    PRUITT, Robert,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

---

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#12829, BWC CAPTURED EVENT, A\O'S WERE IN UNIFORM\UNMARKED CAR. IN SUMMARY A\O'S OBSERVED A LINCOLN TRUCK BEARING IL PLATE [redacted] ON THE PUBLIC WAY IN MOTION AND RAN THE PLATE VIA LEADS WHICH RETURNED THE PLATE WAS SUSPENDED. A\O'S CURBED THE VEHICLE [redacted]. A\O'S THEN MET WITH ABOVE ARRESTEE NOW KNOWN AS ROBERT PRUITT WHO WAS SEATED IN THE REAR DRIVERS SIDE SEAT, HE PROVIDED HIS DRIVERS LICENSE ASKING IF HE COULD DRIVE THE VEHICLE. A\O'S ORDERED ALL OCCUPANTS OUT OF THE VEHICLE AS THE VEHICLES REGISTRATION [redacted]. A\O VELEZ#7857 CONDUCTED A SEARCH OF THE VEHICLE WHICH REVEALED A LOADED SEMI AUTOMATIC HANDGUN [redacted] 9MM. THE FIREARM WAS UNCASED LOADED AND IMMEDIATELY ACCESSIBLE TO PRUITT. NAME CHECK VIA LEADS REVELAED NO FOID OR CCL ON FILE FOR PRUITT. THE FIREARM WAS RECOVERED WITH GLOVES AND IS BEING TESTED FOR FINGERPRINTS. PRE-MIRANDA PRUITT RELATED THE FIREARM WAS HIS, A\O'S READ MIRANDA WARNINGS 2036HRS TO PRUITT WHO THEN REMAINED SILENT. 0500B TRANSPORTED THE OFFENDER TO THE 5TH DISTRICT FOR FURTHER PROCESSING. ONCE AT THE STATION POST MIRANDA NOT ON BODY CAMERA A\O VELEZ INFORMED PRUITT HE WAS BEING CHARGED WITH POSSESSION OF A FIREARM AT WHICH TIME HE RELATED HIS FINGER PRINTS WOULD BE ON THE FIREARM. THE FIREARM IN CLEAR PER GUN DESK OFFICER PIERCE#8266 AT 2245HRS. FIREARM INVENTORIED UNDER#15187574, PRISONER PERSONAL PROPERTY INVENTORIED UNDER#15187589. NAME CHECK CLEAR NO WANTS, WARRANTS, INVESTIGATIVE ALERTS. PRISONER HAS $0.00 USC ON HIS PERSON AT TIME OF ARREST. OFFENDER IS A CONVICTED FELON UNDER CASE#10CR2210001, 11CR1196201, 13CR1512201, 14CR1162501 ALL FOR RESIDENTIAL BURGLARY.

nt Generated By: [redacted]

Page 2 of 5

powered by: CLEAR Technology

05 JAN 2023 01:44

**Chicago Police Department - ARREST Report**

CB #: 30186143
PRUITT, Robert

## ARREST PROCESSING REPORT

**NO VISITORS LOGGED**

**MOVEMENT LOG INFORMATION NOT AVAILABLE**

**Watch Commander Comments:**

REL w/o CHARGING — DOES NOT APPLY TO THIS ARREST

### ARRESTEE PROCESSING PERSONNEL:

| Role | # | Name | Beat |
|---|---|---|---|
| Searched By: | #3152 | CAMPA, G | |
| Lockup Keeper: | | HARDY, B B | |
| Arresting Officer - Assisting: | #11423 | COYNE, K M | 0561E |
| Arresting Officer - Assisting: | #18859 | MARTIN JR, C W | 0561E |
| Arresting Officer - Assisting: | #3690 | AINALAKIS, E J | 0500B |
| Arresting Officer - Assisting: | #6035 | PARKER, C E | 0561E |
| Arresting Officer - Assisting: | #6547 | ANDERSON, M E | 0561A |
| Arresting Officer - Assisting: | #7429 | CARTER, S R | 0561A |
| Fingerprinted By: | | HARDY, B B | |

### APPROVAL PERSONNEL:

| Role | # | Name | Date | Beat |
|---|---|---|---|---|
| Final Approval of Charges: | #1764 | SHEPLER, W J | 17 OCT 2022 02:59 | |

**Chicago Police Department - ARREST Report**

CB #: 30186143
PRUITT, Robert

## ARREST PROCESSING REPORT

**Holding Facility:** District 005 Male Lockup
**Received in Lockup:** 16 October 2022 22:12
**Prints Taken:** 17 October 2022 02:38
**Palmprints Taken:** Yes
**Photograph Taken:** 17 October 2022 02:25
**Released from Lockup:** 17 October 2022 06:07

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:** REC - _ Placed in one person cell
  Placed under close observation
**Transport Details:** 1PO  0500B  16-OCT-2022 22:30

### VISUAL CHECK OF ARRESTEE
- Is there obvious pain or injury?
- Is there obvious signs of infection?
- Under the influence of alcohol / drugs?
- Signs of alcohol / drug withdrawal?
- Appears to be despondent?
- Appears to be irrational?
- Carrying medication?

### ARRESTEE QUESTIONNARIE
- (if female) are you pregnant?
- First time ever been arrested?
- Attempted suicide / serious harm?
- Transgender / intersex / gender non-conforming?
- Deaf / hard of hearing-request interpreter for court?
- Interpreter needed? (indicate language)
- Serious medical problems?
- Serious mental problems?

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

**RETURN TO HOLDING FACILITY COMMENTS:**
**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**
Name: REFUSED
Res: Beat:

### INTERVIEW LOG

NO INTERVIEWS LOGGED

Print Generated By: Page 4 of 5 05 JAN 2023 01:44
powered by: CLEAR Technology

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

**FINAL APPROVAL**

CB #: 30070489
IR #: 1796248
YD #:
RD #: JE310485
EVENT #: 2120311696

## ARREST REPORTING

### OFFENDER

Name: **PRUITT, Robert S**
Res: 11015 S Edbrooke Ave
Chicago, IL 60628
Unknown
DOB: 08 November 1992
AGE: 28 years
POB: Illinois
DLN: P63077792318 -IL
ARMED WITH Unarmed

Beat: 513

Male
Black
5' 10"
220 lbs
Brown Eyes
Black Hair
Dreadlocks Hair Style
Dark Brown Complexion



### INCIDENT

Arrest Date: 22 July 2021 17:38
Location: 2■ E 121st Pl
Chicago, IL 60628
304 - Street
Holding Facility: District 005 Male Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 532

Total No Arrested: ■
Dependent Children? No

Co-Arrests
DCFS Ward? No

Assoc Cases

### CHARGES

1  Offense As Cited  **625 ILCS 5.0/11-502.15-C**
UNLWFL POSS CANNABIS/PASS
Class A - Type M

Victim
State Of Illinois Velez#7857

### FELONY REVIEW

Felony Review: Denied    22 JUL 2021 19:05    Ruggiero,    State's Attorneys's Office

IR #1796248

### RECOVERED NARCOTICS

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|---|---|---|---|
| Suspect Cannabis | 5 | GRAMS | $50.00 |

CB #:30070489

Print Generated By ■    Page 1 of 3    10 JAN 2023 09:44
powered by: CLE(AR)Technology

**Chicago Police Department - ARREST Report**

CB #: 30070489
PRUITT, Robert

## ARREST REPORTING

### WARRANT

NO WARRANT IDENTIFIED

### VICTIM AND COMPLAINANT

Name: STATE OF ILLINOIS VELEZ#7857

DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

### ARRESTEE VEHICLE

Vehicle: Automobile - Nissan - Sentra - Hardtop
VEHICLE IMPOUNDED: Yes
VIN#:
Lic#:
Inv#:
Color:
Pound Disposition:

### Confiscated Properties:

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    PRUITT, Robert,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#11696, BWC CAPTURED EVENT. OFFICERS IN FULL UNIFORM, UNMARKED CAR. IN SUMMARY A\O'S WERE ON PATROL IN THE AREA OF 2█ E. 121ST AND OBSERVED █ NISSAN BEARING IL LICENSE PLATE █ WITH ITS FRONT PLATE NOT PROPERLY MOUNTED █ A\O'S CURBED THE VEHICLE AT SAID ADDRESS AND MADE CONTACT WITH THE OCCUPANTS. A\O'S DETAINED █ 01, █ THE PASSENGER ROBERT S. PRUITT 08NOV92 AFTER SMELLING CANNABIS COMING FROM INSIDE THE VEHICLE. ROBERT S. PRUITT RELATED HE HAD CANNABIS ON HIS PERSON, A\O'S RECOVERED IT AND PLACED HIM INTO CUSTODY AS THE CONTAINER WAS NOT CHILDPROOF, ODORLESS, OR CONSISTENT WITH CANNABIS LEGALLY PURCHASED AT A DISPENSARY. A NARCOTICS SEARCH OF THE VEHICLE WAS PERFORMED AND A\O#MARTIN#16026 RECOVERED A LOADED REVOLVER FROM A BLACK BAG ON THE PASSENGER SEAT. ASA'S CONTACTED AND PER ASA RUGGIERO NO FELONY CHARGES TO BE GIVEN TO THE PASSENGER\ARRESTTEE AT THIS TIME. ON SCENE ROBERT PRUITT RELATED TO A\O'S HE KNEW A █ WHO WAS STANDING ON THE SIDEWALK AND HE WANTED HIS █ A\O'S ASKED FOR █ ID, █ \O'S ASKED THE ARRESTEE SEVERAL TIMES IF HE WANTED TO LET █ A\O'S TRANSPORTING █ TO THE 5TH DISTRICT AND WAITING FOR █ TO COME GET █ AND HE RELATED SEVERAL TIMES THAT HE KNEW █ AND HE WAS FINE WITH HIS █ GOING WITH █. PRISONER HAS $0.00 USC ON HIS PERSON AT TIME OF ARREST. NAME CHECK CLEAR, NO WANTS, WARRANTS, INVESTIGATIVE ALERTS. PRISONER PERSONAL PROPERTY INVENTORIED UNDER#14948127, CANNABIS INVENTORIED#14948168. COURT KEY E

Print Generated By:    Page 2 of 3    10 JAN 2023 09:44

powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 30070489
PRUITT, Robert

## ARREST REPORTING

| | | |
|---|---|---|
| Desired Court Date: | 12 August 2021 | |
| Branch: 35-2 | 727 E 111TH ST - Room | |
| Court Sgt Handle? | No | |
| Initial Court Date: | 12 August 2021 | |
| Branch: 35-2 | 727 E 111TH ST - Room | |
| Docket #: | | |

**BOND INFO**
- Bond Date: 23 July 2021 0:52
- Type: Recognizance (I-Bond)
- Receipt #: 18779918
- Amount: $1,500.00

### ATTESTING OFFICER:

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | #7857 | VELEZ, A M | 22 JUL 2021 22:34 |
|---|---|---|---|

### ARRESTING OFFICER(S):

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #7857 | VELEZ, A M | 0564E |
| Arresting Officer - Second: | #16026 | MARTIN JR, D D | 0564E |

### APPROVING SUPERVISOR:

| Approval of Probable Cause: | #583 | PETTIS, C | 22 JUL 2021 22:40 |
|---|---|---|---|

Print Generated By ████████  Page 3 of 3  10 JAN 2023 09:44
powered by: CLEAR Technology

Dear Ms. Kim Foxx                                            11-2-2022

I am so sorry for the inconvenience. My name is Robert Pruitt, ID #20221017038. I am being held a Cook County Jail for something I did not do nor had any knowledge of. I am writing this letter to request your help please. I am begging you please. The police officer on my case keeps harassing me. I am so sorry but I believe you are the only person that can help me. My family and I are not able to afford an attorney. I am from Roseland area and been living in Roseland all my life for the past 30 years of my life. I havent been locked up since 2014. I have been clean and helping the community. Ms. Pearl 773 858 6036, she is a criminal activism. She owns a coffee shop, daycare, a couple of houses. She uses her businesses to help others. The coffee shop is for the community and police department. I also helped out at the coffee shop from time to time. Can you please assist me in claimming my innocence?



Robert. Pruitt 20221017038
2700 S. California Ave
Chicago IL 60608

Federal Court Building
District Court 219 S. Dearborn St
20 Floor
Chicago IL 60604



23cv1224
Judge Chang
Magistrate Judge Jantz
PC 2/RANDOM

02/27/2023-12