**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT PRUITT, | ) | |
| | ) | Case No. 23 C 1224 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Jeremy Daniel |
| | ) | |
| | ) | |
| ALEJANDRO VELEZ, | ) | |
| DERRICK MARTIN, Jr. | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO WITHDRAW**

I, Michael J. Bradtke, hereby move this Honorable Court for leave to withdraw as counsel for Defendants Alejandro Velez and Derrick Martin, Jr., in this matter for the reasons stated below:

1. The undersigned filed an appearance on behalf of the above Defendants in this matter.

2. Effective July 5, 2024, the undersigned counsel will no longer be an employee of the City of Chicago Department of Law. Therefore, the undersigned counsel will be unable to continue representation for the above-named Defendants.

3. Additional counsel currently represents the above-named Defendants and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the Defendants nor cause any undue delay in these proceedings.

**WHEREFORE** the undersigned respectfully requests this Honorable Court grant this motion, and for any such other relief as this Court deems just and proper.

**Dated: June 27, 2024**                                  Respectfully submitted,

                                                                              */s/ Michael J. Bradtke*
                                                                              Michael J. Bradtke
                                                                              Assistant Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-9031

## **CERRTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2024 I served a true and correct copy of the foregoing **Motion to Withdraw** on all parties of record by filing the same on the Court's ECF system.

                                        */s/ Michael J. Bradtke*
                                        Michael J. Bradtke
                                        Assistant Corporation Counsel